[No. 22321-3-III.   Division Three.   November 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO HERRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00181-1, Donald W. Schacht, J., entered August 12, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 51343-5-I.   Division One.   November 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. THANH TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02468-4, Robert H. Alsdorf, J., entered October 14, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.

[No. 52014-8-I.   Division One.   November 15, 2004.]

RONALD E. LANGSTON, *Respondent*, v. JOSEPH HARDIN, ET AL., *Defendants*, KIMBERLY M. LINDBERGH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07931-1, Sharon S. Armstrong, J., entered February 13, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Kennedy, JJ.

[Nos. 52208-6-I; 52211-6-I.   Division One.   November 15, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BRADLEY PETERS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNE MICHELLE TRITCH, *Appellant*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 01-1-01125-4 and 01-1-01124-6, Michael F. Moynihan, J., entered April 2, 2003. *Affirmed* by unpublished per curiam opinion.